JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN E. SILVA, individually, and on behalf of other members of the general public similarly situated , <br><br> Plaintiff, <br><br> v. <br><br> BYRAM HEALTHCARE CENTERS, INC. a New Jersey corporation; and DOES 1 through 100, inclusive ; <br><br> Defendants. | Case No.: 8:23-cv-00066-CJC (KESx) <br><br> Honorable Cormac J. Carney <br> Courtroom 9B <br><br> **ORDER GRANTING DISMISSAL** <br><br> Complaint Filed:  December 9, 2022 <br> Removal Filed:    January 12, 2023 <br> Trial Date:             None Set |

ORDER

# ORDER

Upon consideration of Plaintiff's Request for Dismissal without Prejudice, the Court dismisses the entire action without prejudice. Each party to bear its respective costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: March 16, 2023

_____
Honorable Cormac J. Carney
United States District Judge